William T. McLaughlin II #116348
Ashley N. Emerzian, #278030
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Chad Carlock, Cal. Bar # 186184
LAW OFFICES OF CHAD CARLOCK
260 Russell Boulevard, Suite D
Davis, CA 95616
Ph:  (530) 750-3000
Fax (530) 750-3533

Attorneys for Plaintiffs /Petitioners THE ARC OF CALIFORNIA; UNITED CEREBRAL PALSY ASSOCIATION OF SAN DIEGO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ARC OF CALIFORNIA; UNITED CEREBRAL PALSY ASSOCIATION OF SAN DIEGO,<br><br>  Plaintiffs/Petitioners,<br><br>  vs.<br><br>TOBY DOUGLAS, in his official capacity as Director of the California Department of Health Care Services;  CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; TERRI DELGADILLO, in her official capacity as Director of the California Department of Developmental Services; CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES; and DOES 1-100, inclusive,<br><br>  Defendants/Respondents. | Case No. 2:11-CV-02545-MCE-CKD<br><br>**STIPULATION AND ORDER REGARDING SEALING OF DOCUMENTS SUBMITTED BY DEFENDANTS AS EXHIBITS A-C TO THE DECLARATION OF BRIAN WINFIELD** |

///

///

///

///

1    The parties hereto, by and through their respective attorneys of record, hereby agree and
2 stipulate to seal Exhibits A-C (ECF No. 90-6 at 1-21) to the declaration of Brian Winfield
3 submitted on December 27, 2012 by Defendants in support of their opposition to Plaintiffs'
4 motion for preliminary injunction.  Good cause exists for the sealing of these documents because
5 Plaintiffs' contend they contain private information regarding HCBS-DD waiver consumers and
6 their families.  Accordingly, in the interests of justice and fairness, the parties hereby request that
7 the Court order the sealing of the documents contained in Exhibits A-C of the Winfield
8 declaration.

10   Dated: January 2, 2013          LANG, RICHERT & PATCH, P.C.

12                                    By: /s/ William T. McLaughlin II
13                                          William T. McLaughlin II
                                            Ashley N. Emerzian
14                                          Attorney for Plaintiffs

15   Dated: January 2, 2013          LAW OFFICES OF CHAD CARLOCK

17                                    By: /s/ Chad Carlock
18                                          Chad Carlock
                                            Attorney for Plaintiffs

20   Dated: January 2, 2013          Kamala D. Harris
                                     Attorney General of California
21                                   Niromi W. Pfeiffer
                                     Supervising Deputy Attorney General
22                                   Rebecca M. Armstrong
                                     Deputy Attorney General
23

25                                    By:  /s/ Niromi W. Pfeiffer
                                            Niromi W. Pfeiffer
26                                          Supervising Deputy Attorney General
                                            Rebecca M. Armstrong
27                                          Deputy Attorney General
                                            Attorney for Defendants
28

**ORDER**

BASED ON THE ABOVE STIPULATION, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that Exhibits A-C attached to the declaration of Brian Winfield, filed in this action at ECF No. 90-6 pages 1-21 be sealed. The Clerk of Court is directed to seal the entire ECF No. 90-6 and Counsel Rebecca Armstrong is directed to file the unsealed portions of 90-6 as a new document entry.

IT IS SO ORDERED.

Dated: January 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT