William T. McLaughlin II #116348
Ashley N. Emerzian, #278030
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Chad Carlock, Cal. Bar # 186184
LAW OFFICES OF CHAD CARLOCK
260 Russell Boulevard, Suite D
Davis, CA 95616
Ph:  (530) 750-3000
Fax (530) 750-3533

Attorneys for Plaintiffs /Petitioners THE ARC OF CALIFORNIA; UNITED CEREBRAL PALSY ASSOCIATION OF SAN DIEGO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ARC OF CALIFORNIA; UNITED CEREBRAL PALSY ASSOCIATION OF SAN DIEGO, <br><br> Plaintiffs/Petitioners, <br><br> vs. <br><br> TOBY DOUGLAS, in his official capacity as Director of the California Department of Health Care Services;  CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; TERRI DELGADILLO, in her official capacity as Director of the California Department of Developmental Services; CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES; and DOES 1-100, inclusive, <br><br> Defendants/Respondents. | Case No. 2:11-CV-02545-MCE-CKD <br><br> **STIPULATION AND ORDER REGARDING SEALING OF DOCUMENTS SUBMITTED BY DEFENDANTS AS EXHIBITS A-C TO THE DECLARATION OF BRIAN WINFIELD** |

///

///

///

///

1 | The parties hereto, by and through their respective attorneys of record, hereby agree and stipulate to seal Exhibits A-C (ECF No. 90-6 at 1-21) to the declaration of Brian Winfield submitted on December 27, 2012 by Defendants in support of their opposition to Plaintiffs' motion for preliminary injunction.  Good cause exists for the sealing of these documents because Plaintiffs' contend they contain private information regarding HCBS-DD waiver consumers and their families.  Accordingly, in the interests of justice and fairness, the parties hereby request that the Court order the sealing of the documents contained in Exhibits A-C of the Winfield declaration.

Dated: January 2, 2013                LANG, RICHERT & PATCH, P.C.


                                      By: /s/ William T. McLaughlin II
                                            William T. McLaughlin II
                                            Ashley N. Emerzian
                                            Attorney for Plaintiffs


Dated: January 2, 2013                LAW OFFICES OF CHAD CARLOCK


                                      By: /s/ Chad Carlock
                                            Chad Carlock
                                            Attorney for Plaintiffs

Dated: January 2, 2013                Kamala D. Harris
                                      Attorney General of California
                                      Niromi W. Pfeiffer
                                      Supervising Deputy Attorney General
                                      Rebecca M. Armstrong
                                      Deputy Attorney General


                                      By: /s/ Niromi W. Pfeiffer
                                            Niromi W. Pfeiffer
                                            Supervising Deputy Attorney General
                                            Rebecca M. Armstrong
                                            Deputy Attorney General
                                            Attorney for Defendants

**ORDER**

BASED ON THE ABOVE STIPULATION, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that Exhibits A-C attached to the declaration of Brian Winfield, filed in this action at ECF No. 90-6 pages 1-21 be sealed. The Clerk of Court is directed to seal the entire ECF No. 90-6 and Counsel Rebecca Armstrong is directed to file the unsealed portions of 90-6 as a new document entry.

IT IS SO ORDERED.

Dated: January 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT