Chad Carlock, Cal. Bar No. 186184
LAW OFFICES OF CHAD CARLOCK
260 Russell Boulevard, Suite D
Davis, CA 95616
Ph: (530) 750-3000
Fax (530) 750-3533

Attorney for Plaintiffs THE ARC OF CALIFORNIA and
UNITED CEREBRAL PALSY ASSOCIATION OF SAN DIEGO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| THE ARC OF CALIFORNIA; UNITED CEREBRAL PALSY ASSOCIATION OF SAN DIEGO,<br><br>Plaintiffs/Petitioners,<br><br>vs.<br><br>TOBY DOUGLAS, in his official capacity as Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; TERRI DELGADILLO, in her official capacity as Director of the California Department of Developmental Services; CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES; and DOES 1-100, inclusive,<br><br>Defendants/Respondents. | Case No. 2:11-CV-02545-MCE-CKD<br><br>**PRELIMINARY INJUNCTION APPEAL** |

///

///

Pursuant to Federal Rule of Appellate Procedure 3(a) and Circuit Rules 3-1 through 3-3, inclusive, Plaintiffs THE ARC OF CALIFORNIA and UNITED CEREBRAL PALSY ASSOCIATION OF SAN DIEGO hereby jointly appeal to the United States Court of Appeals for the Ninth Circuit from the Order of the U.S. District Court, Eastern District of California, Denying Plaintiffs' Motion for Preliminary Injunction entered in this case on July 1, 2013, and identified in the District Court action as Docket No. 119.

Respectfully submitted,

Dated:   July 29, 2013

LAW OFFICES OF CHAD CARLOCK

By: /s/ Chad Carlock
    Chad Carlock
    Attorney for Appellants