UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ARC OF CALIFORNIA; UNITED CEREBRAL PALSY ASSOCIATION OF SAN DIEGO,<br><br>Plaintiffs,<br><br>v.<br><br>TOBY DOUGLAS, in his official capacity as Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; TERRI DELGADILLO, in her official capacity as Director of the California Department of Developmental Services; CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES; and DOES 1-100, inclusive,<br><br>Defendants. | No.  2:11-cv-02545-MCE-CKD<br><br>**MEMORANDUM AND ORDER** |

By Memorandum and Order filed July 1, 2013, this Court granted in part and denied in part Defendants' Motion to Dismiss (ECF No. 53).  A recent review of the docket in this matter indicates that Defendants' Motion for Protective Order (ECF No. 107) technically remains pending.

1

1  That motion sought to stay initial disclosures and all other discovery pending a ruling on

2  the Motion to Dismiss.  Since that ruling has in fact been issued, Defendants' Motion for

3  Protective Order (ECF No. 107) is DENIED as moot.[1]

   IT IS SO ORDERED.

Dated:  October 16, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Because oral argument was not of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local Rule 230(g).

2