UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARC OF CALIFORNIA, et al., | No. 2:11-cv-2545 MCE CKD |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| TOBY DOUGLAS, et al., | |
| Defendants. | |

Plaintiffs' motion to compel came on regularly for hearing on October 1, 2014. Chad Carlock appeared for plaintiffs. Grant Lien appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Plaintiff has failed to make a particularized showing as to the need for interrogatories in addition to the interrogatories previously propounded. Plaintiffs' motion for leave to exceed the presumptive limit on the number of interrogatories (ECF No. 149), except as set forth below, is therefore denied.

2. Plaintiff has withdrawn the motion to compel further response to interrogatory no. 8.

3. Plaintiff's motion to compel (ECF No. 149) is granted in part. Within fourteen days, defendants shall provide further responses to:

    a. request for admission nos. 8 and 9;

      b. interrogatory no. 1 as to any denial of requests for admissions nos. 8 and 9; interrogatory nos. 6, 11, 12, 13, 14, 15 to the extent these interrogatories call for information pertaining to the uniform holiday schedule and half-day billing rule; and interrogatory no. 10.

      c. Defendant shall supplement the responses to requests for production of documents to clarify whether any responsive documents exist that pertain to the uniform holiday schedule and half-day billing rule.

The remainder of the motion to compel is denied.

4. The court finds in the circumstances presented on the motion that an award of expenses is not warranted.

Dated:  October 2, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 arccal2.oah