Chad Carlock, Cal. Bar # 186184
LAW OFFICES OF CHAD CARLOCK
260 Russell Boulevard, Suite D
Davis, CA 95616
Phone: (530) 750-3000
Fax: (530) 750-3533

William T. McLaughlin II #116348
Alice M. Dostálová-Busick #244513
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Attorneys for Plaintiffs The Arc of California;
United Cerebral Palsy Association of San Diego

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| THE ARC OF CALIFORNIA; UNITED CEREBRAL PALSY ASSOCIATION OF SAN DIEGO,<br><br>    Plaintiffs/Petitioners,<br><br>vs.<br><br>TOBY DOUGLAS, in his official capacity as Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; TERRI DELGADILLO, in her official capacity as Director of the California Department of Developmental Services; CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES; and DOES 1-100, inclusive,<br><br>    Defendants/Respondents. | 2:11-CV-02545-MCE-CKD<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO MODIFY SCHEDULING ORDER AND FOR ORDER SHORTENING TIME IN WHICH TO BRING A MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr.<br><br>Action Filed: September 28, 2011<br>Trial Date: August 17, 2015 |

///

1
*ORDER*

The Court has reviewed Plaintiffs' *Ex* Parte Application to Modify Scheduling Order and for Order Shortening Time in Which to Bring a Motion for Partial Summary Judgment. Good Cause appearing therefor, IT IS HEREBY ORDERED:

The Court's Pretrial Scheduling Order dated January 3, 2014 is hereby modified and time is shortened such that Plaintiffs may bring a Motion for Partial Summary Judgment as to their First Claim for Relief in accordance with the deadlines set forth below. The remainder of the Scheduling Order shall remain in effect.

Hearing on Plaintiffs' Motion for Partial Summary Judgment is set for Friday, November 7, 2014 at 10:00 a.m. in Courtroom 7 of the above-entitled Court. The parties shall adhere to the following briefing schedule:

Plaintiffs' moving papers shall be served and filed by Friday, October 10, 2014.

Defendants' opposition shall be served and filed by Friday, October 24, 2014.

Any reply shall be served and filed by Friday, October 31, 2014.

IT IS SO ORDERED.

DATED: October 6, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT