Chad Carlock, Cal. Bar # 186184
LAW OFFICES OF CHAD CARLOCK
260 Russell Boulevard, Suite D
Davis, CA 95616
Phone (530) 750-3000
Fax (530) 750-3533
Email chad@carlocklaw.com

Attorney for Plaintiffs The Arc of California;
United Cerebral Palsy Association of San Diego

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| THE ARC OF CALIFORNIA; UNITED CEREBRAL PALSY ASSOCIATION OF SAN DIEGO,<br><br>Plaintiffs/Petitioners,<br><br>vs.<br><br>TOBY DOUGLAS, in his official capacity as Director of the California Department of Health Care Services; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; TERRI DELGADILLO, in her official capacity as Director of the California Department of Developmental Services; CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES; and DOES 1-100, inclusive,<br><br>Defendants/Respondents. | 2:11-CV-02545-MCE-CKD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed: September 28, 2011<br>Trial Date: September 30, 2019 |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties to this action, through their respective attorneys of record, hereby stipulate to the dismissal without prejudice of all remaining claims in the above-entitled action.

- 1 -
STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

IT IS SO STIPULATED.

Dated: 6/26/2019

Respectfully submitted,

LAW OFFICES OF CHAD CARLOCK

　　/s/ Chad Carlock
CHAD CARLOCK
*Attorneys for Plaintiffs The Arc of California; United Cerebral Palsy Association of San Diego*

Dated: 6/26/2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General

　　/s/ Grant Lien
GRANT LIEN
Deputy Attorney General
*Attorneys for Defendants Department of Developmental Services and Department of Health Care Services*

## ORDER

This matter came before the Court on a Stipulation for Dismissal Without Prejudice filed by Plaintiffs The Arc of California and United Cerebral Palsy Association of San Diego. ECF No. 245. That request is hereby GRANTED AS REQUESTED, and this matter is hereby DISMISSED without prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 3, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE